Court of Appeals for the Ninth Circuit denied. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Mr. Aubrey Lawrence* for the United States. *Mr. Wm. B. Bosley* for respondent.

No. 914. PACIFIC GAS & ELECTRIC CO. *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Wm. B. Bosley* for petitioner. *Solicitor General Thacher* and *Assistant Attorney General Richardson* for the United States.

No. 916. CAHAN *v.* UNITED STATES. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George B. Webster* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 920. TAYLOR OIL & GAS CO. ET AL. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. June 1, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George E. Shelley* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *S. Dee Hanson* for respondent.

Nos. 923 and 924. GERLING *v.* DANKERS, EXECUTOR, ET AL. June 1, 1931. Petition for writs of certiorari to the Supreme Court of Nebraska denied. *Messrs. Willis E. Reed* and *Frank E. Edgerton* for petitioner. *Mr. Ora S.*